IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALLANDRO GROSE, | : | |
| Plaintiff, | : | Civil Action 2:11-cv-191 |
| v. | : | Judge Peter C. Economus |
| BRET MILLER, | : | Magistrate Judge E.A. Preston Deavers |
| Defendant. | : | |

### ORDER

This matter came before the Court on January 4, 2012 for a telephonic status conference following the parties' Joint Motion for Stay.  Counsel for Plaintiff indicates that he must move to withdraw in this case because he has been unable to communicate with his client.  Counsel will file his Motion to Withdraw on or before **JANUARY 13, 2012**.  If the Motion to Withdraw is granted, the Court will schedule a status conference at which Plaintiff must appear in person or through another attorney.  Plaintiff's failure to appear and participate in this case may result in dismissal of this action for failure to prosecute.[1]

The parties' Joint Motion for Stay is **GRANTED** until such time as matters of Plaintiff's legal representation are resolved or by further Order of the Court.

IT IS SO ORDERED.

DATE: January 4, 2012            /s/  *Elizabeth A. Preston Deavers*
                                 **ELIZABETH A. PRESTON DEAVERS**
                                 **UNITED STATES MAGISTRATE JUDGE**

---

[1] Counsel for Plaintiff is **DIRECTED** to forward a copy of this Order to Plaintiff at his last known residence.