**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **ALLANDO GROSE,** | |
| **Plaintiff,** | **Case No. 2:11-cv-191** |
| **v.** | **Judge Peter C. Economus** |
| **BRETT MILLER,** | **MEMORANDUM OPINION AND ORDER** |
| **Defendant.** | |

This matter is before the Court for consideration of the February 24, 2012 Report and Recommendation of the Magistrate Judge. (Dkt. 17.) The Magistrate Judge recommended, in light of a previous show cause order, that the Court dismiss this action without prejudice for failure to prosecute.

The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report & Recommendation 2, Dkt. 17.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

It appears from the record that the Court may not possess Plaintiff's current address. (*See* Dkt. 18.) It is Plaintiff's responsibility, however, to keep the Court apprised of his current address. *See Tew v. F.B.I.*, No. 1:11–cv–554, 2011 WL 4025645, at *1 (S.D. Ohio Sept. 12, 2011) ("By failing to keep the Court informed of his current address, Plaintiff demonstrates a lack of prosecution of his action.").

The Court reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge.  Accordingly, Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute**.**  The Clerk is **DIRECTED** to remove this action from the Court's pending case list.

    **IT IS SO ORDERED.**

    **/s/ Peter C. Economus  -  March 20, 2012**
    **UNITED STATES DISTRICT JUDGE**